987 A.2d 554

IN THE MATTER OF GARY S. TRACHTMAN,
AN ATTORNEY AT LAW.

December 15, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–075 and DRB 09–134, concluding that **GARY S. TRACHTMAN**, formerly of **LINWOOD**, who was admitted to the bar of this State in 1990, should be reprimanded for violations of *RPC* 1.4(c) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 1.5(e)(1) through (3) (improper fee sharing agreements, failure to notify client of fee division, and failure to obtain client's consent), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **GARY S. TRACHTMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.